**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____  Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **EB Manufacturing, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Erika Brunson** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-2034715** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business** |

**308 W. Mill St.**
**Plainville, KS 67663**
Number, Street, City, State & ZIP Code

**Rooks**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

Debtor    **EB Manufacturing, LLC**                                    Case number (*if known*) _____
          Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 2

| Debtor | EB Manufacturing, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

.  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | **EB Manufacturing, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 8, 2019**
            MM / DD / YYYY

**X** **/s/ Charles G. Comeau**             **Charles G. Comeau**
     Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Edward J. Nazar**           Date   **April 8, 2019**
     Signature of attorney for debtor              MM / DD / YYYY

**Edward J. Nazar**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone   **316-267-2000**      Email address   **enazar@hinklaw.com**

**09845 KS**
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

Fill in this information to identify the case:

Debtor name    **EB Manufacturing, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF KANSAS**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **The Roy Dunlap Spay & Neuter Foundation 8581 Santa Monica Blvd Suite 511 West Hollywood, CA 90069** | | | | | | **$98,520.38** |
| **Ambiente Einrichtungskonzep te AG Marktgasses 6 Rapperwil, CH-8640** | | **Customer Deposits** | | | | **$26,540.00** |
| **Prestige International, Inc 2960 Winnetka Ave N Suite 201 Crystal, MN 55427** | | **Customer Deposits** | | | | **$20,700.00** |
| **TLC Packing & Shipping Inc 11733 E Slauson Ave Santa Fe Springs, CA 90670** | | | | | | **$9,535.00** |
| **Bunny Williams 306 East 61st Street 5th Floor New York, NY 10065** | | **Customer Deposits** | | | | **$9,290.00** |
| **Moya's Gilden Finishing Inc 2267 Yates Ave Los Angeles, CA 90040** | | | | | | **$8,495.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | EB Manufacturing, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| David Desmond 1360 N Crescent Heights Blvd #4C Los Angeles, CA 90046 | | **Customer Deposits** | | | | **$8,122.50** |
| Thomas Hamel & Associates 78 Renwick Street, 1st Floor Redfern, KS NSW 2016 Austraila | | **Customer Deposits** | | | | **$6,552.00** |
| Gonzalo N. Lopez A-G Custom Upholstery 1308 Maine Ave, Unit F Baldwin Park, CA 91706 | | | | | | **$5,634.00** |
| Mile Fine Furniture Inc 197 Hillcrest Drive La Puente, CA 91744 | | | | | | **$5,100.00** |
| Raul Yanez 9232 Bermudez Street Pico Rivera, CA 90660 | | | | | | **$3,925.00** |
| Champalimaud 115 Broadway 2nd Floor New York, NY 10006 | | **Customer Deposits** | | | | **$3,100.00** |
| G&A Glass & Antique Mirrors 6815 Somerset Blvd. Paramount, CA 90723 | | | | | | **$2,670.00** |
| Jacob/Schneider Design, Inc 1012 East 75th Street Indianapolis, IN 46240 | | **Customer Deposits** | | | | **$1,700.00** |
| Definition: Design LLC 9 Miami Court Brooklyn, NY 11225 | | **Customer Deposits** | | | | **$1,690.00** |
| AJ Wood Finish 18652 E Petunia St Azusa, CA 91702 | | | | | | **$1,540.00** |

Debtor    **EB Manufacturing, LLC**                                    Case number *(if known)*
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Marina Packing, Inc 741 Lairport Street El Segundo, CA 90245** | | | | | | **$1,099.10** |
| **California Franchise Tax Board P O Box 942857 Sacramento, CA 94257** | | | | | | **$800.00** |
| **Juan's Custom Frames, Inc 1409 Virginia Ave Units C & D Baldwin Park, CA 91706** | | | | | | **$535.00** |
| **MJ Atelier 16104 Covello Street Van Nuys, CA 91406** | | | | | | **$320.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **EB Manufacturing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**     Current value of debtor's interest

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

Debtor     **EB Manufacturing, LLC**
                 Name                                                            Case number *(If known)* _____

| 20. | **Work in progress** | | | | |
|---|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Finished Goods** **Inventory** **See Attached** | | **$0.00** | | **$92,339.33** |

| 23. | **Total of Part 5.** | **$92,339.33** |
|---|---|---|
| | Add lines 19 through 22. Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ■ No
   ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ■ No. Go to Part 8.
   ☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No. Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No. Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No. Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Debtor      **EB Manufacturing, LLC**                                    Case number *(If known)* _____
            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
            Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor      **EB Manufacturing, LLC**                          Case number *(If known)* _____
             Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $92,339.33 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $92,339.33 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $92,339.33 |

| Item Code | Item Descr | Product Lin | Product Ty | Valuation | Unit of Me | Warehouse | Lot | Receipt Nu | Receipt Da | Qty on Han | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CE0306 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0403 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0502 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0502-B | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0502-B | Item: Cust | EBCL | Finished Gr | Lot | EACH | 37 | | | | 0 | 0 | 0 |
| CE0502-B/I | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | E-E1060 | 2 | ######## | 1 | 2,693.25 | 2,693.25 |
| CE0502-T | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0502-T | Item: Cust | EBCL | Finished Gr | Lot | EACH | 37 | | | | 0 | 0 | 0 |
| CE0504 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0700 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0801 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0801 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 37 | | | | 0 | 0 | 0 |
| CE0801 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 38 | | | | 0 | 0 | 0 |
| CE0807 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0808 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0809 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE0901 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE1004 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE1016 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE1023-A | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE1023-S | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE1028-A | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE1028-S | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE2002 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE3002 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE3002 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 37 | | | | 0 | 0 | 0 |
| CE3002 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 38 | | | | 0 | 0 | 0 |
| CE3004 | Custom Jac | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE3005 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | E1048 | W0000073 | ######## | 1 | 3,817.30 | 3,817.30 |
| CE4000 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE4003 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE4004 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE4005 | Item: Cust | EBCL | Finished Gr | Lot | EACH | 0 | | | | 0 | 0 | 0 |

Erika Finished Inventory

| Item Code | Item Descr | Product Lin | Product Ty | Valuation | Unit of Me | Warehouse | Lot | Receipt Nu | Receipt Da | Qty on Han | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CE4006 | Item: Cust | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE4011 | Item: Cust | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE4013 | Item: Cust | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE4015 | Item: Cust | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE4016 | Item: Cust | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE6000 | Item: Cust | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE7000 | Item: Cust | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| CE9002 | Item: Cust | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0300/A&C | Item: Vitri | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0300/A&C | Item: Vitri | EBCL | Finished Go | Lot | EACH | 102 | | | | 0 | 0 | 0 |
| E0302/A/C | Item: Rocc | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0307/W/C | Item: Cassi | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0307/W/C | Item: Cassi | EBCL | Finished Go | Lot | EACH | 40 | EM0030 | W0000070 | ######## | 1 | 1,540.00 | 1,540.00 |
| E0401/A/C | Item: Rege | EBCL | Finished Go | Lot | EACH | 0 | EM0025 | W0000162 | ######## | 1 | 2,628.27 | 2,628.27 |
| E0401/A/C | Item: Rege | EBCL | Finished Go | Lot | EACH | 40 | | | | 0 | 0 | 0 |
| E0401/A/C | Item: Rege | EBCL | Finished Go | Lot | EACH | 108 | | | | 0 | 0 | 0 |
| E0502-B/A | Item: Twig | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0502-T/LS | Item: Twig | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0502/A&L | Item: Twig | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0502/A&L | Item: Twig | EBCL | Finished Go | Lot | EACH | 108 | | | | 0 | 0 | 0 |
| E0502/A/C | Item: Twig | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0504/A/C | Item: Hino | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0504/A/C | Item: Hino | EBCL | Finished Go | Lot | EACH | 40 | | | | 0 | 0 | 0 |
| E0504/A/C | Item: Hino | EBCL | Finished Go | Lot | EACH | 119 | EM0050 | W0000125 | ######## | 1 | 3,604.50 | 3,604.50 |
| E0504/W/C | Item: Hino | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0504/W/C | Item: Hino | EBCL | Finished Go | Lot | EACH | 40 | | | | 0 | 0 | 0 |
| E0505/W/C | Item: Desk | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0700/O/C | Item: DeW | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0703/A&N | Item: Chind | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0805/O/C | Erickson Pe | EBCL | Finished Go | Lot | EACH | 0 | EM0010 | W0000070 | ######## | 1 | 3,404.10 | 3,404.10 |
| E0805/W/C | Item: Erick | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0805/W/C | Item: Erick | EBCL | Finished Go | Lot | EACH | 102 | | | | 0 | 0 | 0 |
| E0807/A&V | Item: Twig | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |

Erika Finished Inventory

| Item Code | Item Descr | Product Lin | Product Ty | Valuation | Unit of Me | Warehouse | Lot | Receipt Nu | Receipt Da | Qty on Han | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E0809/W/C | Item: Aube | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0811/I&G | Item: Stee | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0901/W/C | 4 Forty 5 Se | EBCL | Finished Go | Lot | EACH | 0 | EM0023 | W0000070 | ######## | 1 | 4,899.07 | 4,899.07 |
| E0901/W/C | 4 Forty 5 Se | EBCL | Finished Go | Lot | EACH | 26 | EM0051 | W0000119 | ######## | 1 | 6,924.24 | 6,924.24 |
| E0901/W/C | 4 Forty 5 Se | EBCL | Finished Go | Lot | EACH | 32 | | | | 0 | 0 | 0 |
| E0901/W/C | 4 Forty 5 Se | EBCL | Finished Go | Lot | EACH | 40 | EM0005 | W0000125 | ######## | 1 | 8,489.73 | 8,489.73 |
| E0901/W/C | 4 Forty 5 Se | EBCL | Finished Go | Lot | EACH | 108 | EM0027 | W0000125 | ######## | 1 | 6,891.10 | 6,891.10 |
| E0902/O/C | Item: Roll | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0902/W/C | Roll Back S | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0903/A/C | Item: Rollb | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0903/W/C | Roll Back C | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E0903/W/F | Roll Back C | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1001/W/O | Item: Wrig | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1005-A/O | Item: Twig | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1005-A/O | Item: Twig | EBCL | Finished Go | Lot | EACH | 0 | EI001 | W0000093 | ######## | 4 | 1,242.00 | 4,968.00 |
| E1005-A/C | Item: Twig | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1005-A/R | Item: Twig | EBCL | Finished Go | Lot | EACH | 0 | I-E1057 | 1 | ######## | 2 | 945 | 1,890.00 |
| E1006-A/C | Item: Tub | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1006-A/C | Item: Tub | EBCL | Finished Go | Lot | EACH | 37 | | | | 0 | 0 | 0 |
| E1006-A/C | Item: Tub | EBCL | Finished Go | Lot | EACH | 40 | | | | 0 | 0 | 0 |
| E1007-A/W | Item: Sper | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1009-A/A | Item: Skirt | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1012-A/A | Item: Princ | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1015-A/A | Item: May | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1015-A/A | Item: May | EBCL | Finished Go | Lot | EACH | 37 | | | | 0 | 0 | 0 |
| E1015-A/A | Item: May | EBCL | Finished Go | Lot | EACH | 38 | | | | 0 | 0 | 0 |
| E1016/A/C | Item: Hero | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1019-A/A | Item: Fiore | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1019-A/A | Item: Fiore | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1022-A/M | Item: Chisw | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1022-S/M | Item: Chisw | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1023-A/A | Item: Baldw | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1027-A/A | Item: Lyra | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |

| Item Code | Item Descr | Product Lin | Product Ty | Valuation | Unit of Me | Warehouse | Lot | Receipt Nu | Receipt Da | Qty on Han | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E1027-S/A | Item: Lyra | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1028-A/A | Item: DuM | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1028-A/A | Item: DuM | EBCL | Finished Go | Lot | EACH | 40 | EM0028 | W0000162 | ######## | 1 | 2,121.45 | 2,121.45 |
| E1032-S/W | Item: Roor | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1033-S/A | Item: Dinir | EBNL | Finished Go | Lot | EACH | 0 | EM0043/A | 5 | ######## | 1 | 1,303.50 | 1,303.50 |
| E1033-S/A | Item: Dinir | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1033-S/W | Item: Dinir | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1034-A/A | Item: Scod | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E1034-A/A | Item: Scod | EBNL | Finished Go | Lot | EACH | 40 | | | | 0 | 0 | 0 |
| E2001-O/A | Item: Mon | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E2001-O/W | Item: Mon | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E2001-O/W | Item: Mon | EBCL | Finished Go | Lot | EACH | 40 | EM0017 | W0000162 | ######## | 1 | 1,604.97 | 1,604.97 |
| E2001-A/C | Item: Mon | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E2001-W/C | Item: Mon | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E2001-W/C | Item: Mon | EBCL | Finished Go | Lot | EACH | 40 | EM0016 | W0000162 | ######## | 1 | 2,522.77 | 2,522.77 |
| E2003/A&E | Item: Rollb | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E2003/A/C | Item: Rollb | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E2003/W/C | Roll Back C | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E3001/A/C | Item: Kyot | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E3002/A/C | Item: Ko S | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E3003/A/C | Item: K'an | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E3004/A/C | Item: Jacki | EBCL | Finished Go | Lot | EACH | 0 | EM0037 | W0000150 | ######## | 1 | 1,829.25 | 1,829.25 |
| E3007/RO8 | Item: Murd | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E3007/RO8 | Item: Murd | EBNL | Finished Go | Lot | EACH | 40 | | | | 0 | 0 | 0 |
| E3008/A/C | Item: Janse | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E3009/M/C | Item: Frenc | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E3010/I&M | Item: Bamb | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E3010/I&M | Item: Bamb | EBNL | Finished Go | Lot | EACH | 40 | EM0006 | W0000173 | ######## | 1 | 4,492.26 | 4,492.26 |
| E4000/W/C | Item: Zoya | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4000/W/C | Item: Zoya | EBCL | Finished Go | Lot | EACH | 12 | | | | 0 | 0 | 0 |
| E4000/W/C | Item: Zoya | EBCL | Finished Go | Lot | EACH | 26 | EM039-1 | W0000125 | ######## | 1 | 1,343.75 | 1,343.75 |
| E4000/W/C | Item: Zoya | EBCL | Finished Go | Lot | EACH | 40 | | | | 0 | 0 | 0 |
| E4000/W/F | Item: Zoya | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 |

| Item Code | Item Descr | Product Lin | Product Ty | Valuation | Unit of Me | Warehouse | Lot | Receipt Nu | Receipt Da | Qty on Han | Unit Cost | Inventory Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E4002/A&V | Item: Versa | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4002/A&V | Item: Versa | EBCL | Finished Gc | Lot | EACH | 40 | EM0019 | W0000150 | ######## | 1 | 4,057.50 | 4,057.50 |
| E4003-CL/A | Item: Twig | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4003/A/C | Item: Twig | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4003/A/C | Item: Twig | EBCL | Finished Gc | Lot | EACH | 108 | | | | 0 | 0 | 0 |
| E4004/W& | Item: Trav | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4004/W& | Item: Trav | EBCL | Finished Gc | Lot | EACH | 31 | | | | 0 | 0 | 0 |
| E4004/W& | Item: Trav | EBCL | Finished Gc | Lot | EACH | 108 | I-E1001 | IE1001 A | ######## | 1 | 2,175.00 | 2,175.00 |
| E4005/A&V | Item: Simo | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4005/A&V | Item: Simo | EBCL | Finished Gc | Lot | EACH | 40 | EM0008 | W0000125 | ######## | 1 | 2,539.86 | 2,539.86 |
| E4005/W/C | Item: Simo | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4006/W/C | Item: Palla | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4007/W& | Item: Norv | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4008/M/C | Item: Libra | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4008/M/C | Item: Libra | EBCL | Finished Gc | Lot | EACH | 40 | EM0012 | W0000150 | ######## | 1 | 1,643.75 | 1,643.75 |
| E4011/A/C | Item: Cym | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4013SET/ | Item: Chid | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4013SET/ | Item: Chid | EBCL | Finished Gc | Lot | EACH | 40 | EM0009 | W0000125 | ######## | 1 | 5,041.16 | 5,041.16 |
| E4013SET/ | Item: Chid | EBCL | Finished Gc | Lot | EACH | 108 | | | | 0 | 0 | 0 |
| E4015/W/C | Item: Carly | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4016/A&N | Item: Tea | EBCL | Finished Gc | Lot | EACH | 0 | EM0038 | W0000150 | ######## | 1 | 1,082.25 | 1,082.25 |
| E4016/A&N | Item: Tea | EBCL | Finished Gc | Lot | EACH | 40 | | | | 0 | 0 | 0 |
| E4018/I&M | Item: Bamb | EBNL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E4018/I&M | Item: Bamb | EBNL | Finished Gc | Lot | EACH | 40 | EM0007 | W0000040 | ######## | 1 | 2,463.75 | 2,463.75 |
| E4019/A/C | Item: Milsc | EBNL | Finished Gc | Lot | EACH | 0 | EM0014-PI | W0000143 | ######## | 1 | 931.5 | 931.5 |
| E4019/A/C | Item: Milsc | EBNL | Finished Gc | Lot | EACH | 40 | EM0056 | W0000162 | ######## | 1 | 2,700.00 | 2,700.00 |
| E4020/M/C | Item: Mais | EBNL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E6000/RC/ | Item: Char | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E6000/RC/ | Item: Char | EBCL | Finished Gc | Lot | EACH | 38 | | | | 0 | 0 | 0 |
| E6001/RC/ | Item: Char | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E6002/A/C | Item: Tritt | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E6003/RC/ | Item: Rock | EBCL | Finished Gc | Lot | EACH | 0 | | | | 0 | 0 | 0 |
| E6003/RC/ | Item: Rock | EBCL | Finished Gc | Lot | EACH | 102 | | | | 0 | 0 | 0 |

| Item Code | Item Descr | Product Lin | Product Ty | Valuation | Unit of Me | Warehouse | Lot | Receipt Nu | Receipt Da | Qty on Han | Unit Cost | Inventory Value | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E6008/A/C | Item: Farle | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 | |
| E6008/A/C | Item: Farle | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 | |
| E6008/A/C | Item: Farle | EBCL | Finished Go | Lot | EACH | 40 | EM0024 | W0000162 | ######## | 1 | 1,910.25 | 1,910.25 | |
| E6009/A&L | Item: Julie | EBNL | Finished Go | Lot | EACH | 0 | EM0046 | G000543 | ######## | 1 | 826.8 | 826.8 | |
| E7000/W/( | Item: Dani | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 | |
| E9002/A/C | Item: Cyra | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 | |
| ELS/9X24X | Oiled Pape | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 | |
| EM1027-S/ | Item: Lyra | EBCL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 | |
| EM3007/R( | Step Coffee | EBNL | Finished Go | Lot | EACH | 0 | | | | 0 | 0 | 0 | |
| | | | | | | | | | | | | $ 92,339.33 | |

**Fill in this information to identify the case:**

Debtor name    **EB Manufacturing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Bank of Hays** | Describe debtor's property that is subject to a lien | $7,563,729.25 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **All real estate, all inventory and assets, life insurance policy on Charles G. Comeau worth $6,000,000.00 owned by Dessin Fournir, Inc.** | | |
| | **1000 W 27th St**<br>**P O Box 640**<br>**Hays, KS 67601** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | _____ | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$7,563,729.25**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Creath L. Pollak**<br>**8080 E Central Ave., #300**<br>**Wichita, KS 67206** | Line   **2.1** | |

| Fill in this information to identify the case: |
|---|

Debtor name  **EB Manufacturing, LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$800.00** | **$0.00** |
|---|---|---|---|---|

**California Franchise Tax Board
P O Box 942857
Sacramento, CA 94257**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,540.00** |
|---|---|---|---|

**AJ Wood Finish
18652 E Petunia St
Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,540.00** |
|---|---|---|---|

**Ambiente
Einrichtungskonzepte AG
Marktgasses 6
Rapperwil, CH-8640**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **EB Manufacturing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,290.00**

**Bunny Williams**
**306 East 61st Street**
**5th Floor**
**New York, NY 10065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer Deposits

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.00**

**Champalimaud**
**115 Broadway**
**2nd Floor**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer Deposits

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,122.50**

**David Desmond**
**1360 N Crescent Heights Blvd**
**#4C**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer Deposits

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,690.00**

**Definition: Design LLC**
**9 Miami Court**
**Brooklyn, NY 11225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** Customer Deposits

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28.80**

**Dessin Fournir**
**308 W Mill**
**Plainville, KS 67663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,670.00**

**G&A Glass & Antique Mirrors**
**6815 Somerset Blvd.**
**Paramount, CA 90723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,634.00**

**Gonzalo N. Lopez**
**A-G Custom Upholstery**
**1308 Maine Ave, Unit F**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **EB Manufacturing, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,700.00 |
|---|---|---|---|

**Jacob/Schneider Design, Inc**
**1012 East 75th Street**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.00 |
|---|---|---|---|

**Joanne Kim**
**11771 Coorsgold Ln**
**Porter Ranch, CA 91326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $535.00 |
|---|---|---|---|

**Juan's Custom Frames, Inc**
**1409 Virginia Ave**
**Units C & D**
**Baldwin Park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,099.10 |
|---|---|---|---|

**Marina Packing, Inc**
**741 Lairport Street**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,100.00 |
|---|---|---|---|

**Mile Fine Furniture Inc**
**197 Hillcrest Drive**
**La Puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $320.00 |
|---|---|---|---|

**MJ Atelier**
**16104 Covello Street**
**Van Nuys, CA 91406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.61 |
|---|---|---|---|

**Morris Laing**
**300 N Mead**
**Suite 200**
**Wichita, KS 67202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **EB Manufacturing, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,495.00 |
|---|---|---|---|

**Moya's Gilden Finishing Inc**
**2267 Yates Ave**
**Los Angeles, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $210.00 |
|---|---|---|---|

**Moyes Custom Furniture Inc**
**3431 E La Palma Ave**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,700.00 |
|---|---|---|---|

**Prestige International, Inc**
**2960 Winnetka Ave N**
**Suite 201**
**Crystal, MN 55427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Customer Deposits

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,925.00 |
|---|---|---|---|

**Raul Yanez**
**9232 Bermudez Street**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Secretary of State**
**Business Programs Divisions**
**P O Box 944230**
**Sacramento, CA 94244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $98,520.38 |
|---|---|---|---|

**The Roy Dunlap Spay & Neuter**
**Foundation**
**8581 Santa Monica Blvd**
**Suite 511**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,552.00 |
|---|---|---|---|

**Thomas Hamel & Associates**
**78 Renwick Street, 1st Floor**
**Redfern, KS**
**NSW 2016**
**Austraila**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Customer Deposits

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | EB Manufacturing, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,535.00 |
|---|---|---|---|

**TLC Packing & Shipping Inc**
**11733 E Slauson Ave**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 800.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 215,430.39 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 216,230.39 |

**Fill in this information to identify the case:**

Debtor name    **EB Manufacturing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
| State the term remaining — **Ongoing, provides for a 60 or 90 day notice of ternimation.** | **Ainsworth Noah, ADAC 351 Peachtree Hills Ave. Suite 518 Atlanta, GA 30305** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
| State the term remaining — **Ongoing, provides for a 60 or 90 day notice of ternimation.** | **Holly Hunt 1099 14th St. NW, #240 Washington, DC 20005** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
| State the term remaining — **Ongoing, provides for a 60 or 90 day notice of ternimation.** | **J. Nelson 2866 Pershing St. Hollywood, FL 33020** |
| List the contract number of any government contract | |

Debtor 1   **EB Manufacturing, LLC**                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **Shears & Window, SFDC<br>101 Henry Adams St.<br>Ste 256<br>San Francisco, CA 94103** |
| | List the contract number of any government contract | | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **Susan Mills, SDC<br>5701 6th Ave.<br>Suite 200<br>Seattle, WA 98108** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **Vita Debellis<br>310 N. 11th St.<br>Philadelphia, PA 19107** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Showroom Representation Agreement (Consigns products with showroom for a commission fee)** | |
|---|---|---|---|
| | State the term remaining | **Ongoing, provides for a 60 or 90 day notice of termination.** | **Wells  Abbott<br>1025 N. Stemmons Fwy, #749<br>Dallas, TX 75207** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **EB Manufacturing, LLC**

United States Bankruptcy Court for the: DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor** | Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Charles Comeau | 400 S. Jefferson St.<br>Plainville, KS 67663 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | Christopher Mraz | 265 Second Street<br>Belmont, MS 38827 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | DFC Holdings, Inc. | 308 W Mill<br>Plainville, KS 67663 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Lenice Larsen | 859 Eaton Dr.<br>Pasadena, CA 91107 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Robert Plante | 101 SW 5th St.<br>Plainville, KS 67663 | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 1 of 2
Best Case Bankruptcy

| Debtor | **EB Manufacturing, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
|---|---|

| 2.6 | **Shirley Comeau** | **400 S. Jefferson St.**<br>**Plainville, KS 67663** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>EB Manufacturing, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF KANSAS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................................. $ 92,339.33

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................... $ 92,339.33

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ 7,563,729.25

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 800.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$ 215,430.39

4. **Total liabilities** ........................................................................................................................
   Lines 2 + 3a + 3b

   $ 7,779,959.64

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>EB Manufacturing, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF KANSAS</td></tr>
<tr><td>Case number <i>(if known)</i></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

<u>Official Form 202</u>
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 8, 2019__    X /s/ Charles G. Comeau
Signature of individual signing on behalf of debtor

**Charles G. Comeau**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **EB Manufacturing, LLC**

United States Bankruptcy Court for the:   DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

   ■ None.

   | **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
   |---|---|---|

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | **Insider's name and address**<br>**Relationship to debtor** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    

| Debtor | EB Manufacturing, LLC | Case number (if known) | |
|---|---|---|---|

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Bank of Hays<br>2018-CV-000150 | Civil | Ellis County District Court<br>107 W. 12th Street<br>Hays, KS 67601 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Sunflower Bank<br>2018-CV-000039 | Civil | Ellis County District Court<br>107 W. 12th Street<br>Hays, KS 67601 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor __EB Manufacturing, LLC_____    Case number *(if known)* _____

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Aaron Capital, Inc.** **12340 Seal Beach Blvd., Ste B348** **Seal Beach, CA 90740** | | **4/10/18, 5/17/18, 6/20/18, 7/18/18, 8/30/18, 9/30/18** | **$60,655.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Big Sky Partners LLc** **800 Fifth Ave, 6B** **New York, NY 10065** | | **11/30/18** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.3. | **Noel Richard Fox** **19501 S. State Route 291** **Pleasant Hill, MO 64080** | | **1/9/19, 2/25/19** | **$10,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | **Hinkle Law Firm LLC** **1617 N. Waterfront Parkway, Suite 400** **Wichita, KS 67206** | | **3/20/19, 4/3/19, 4/8/19** | **$32,035.80** |
| | Email or website address enazar@hinklaw.com | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **EB Manufacturing, LLC**             Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **Glass Ratner** | | **3/15/19** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

Debtor   **EB Manufacturing, LLC**                                   Case number *(if known)*

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

�■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Suzanne Tucker Home 58 Maiden Ln., 4th Floor San Francisco, CA 94108 | 108 N. Main Plainville, KS 67663 | Fabrics | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| The Basics, LLC 308 W Mill Plainville, KS 67663 | 108 N. Main Plainville, KS 67663 | Fabrics | Unknown |

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **5**

| Debtor | **EB Manufacturing, LLC** | Case number *(if known)* |
|--------|---------------------------|--------------------------|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---------------------------|----------------------------------|--------------------|----------------|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|-----------------------|------------------------------------|-----------------------------|----------------|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|-----------------------|-------------------------------------|--------------------------------------------------------------------------------------------------------------|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|------------------|----------------------------|
| 26a.1. | **Nancy Handley**<br>**308 W Mill**<br>**Plainville, KS 67663** | **1/17/2000 - Present** |
| 26a.2. | **Tim Norris**<br>**308 W Mill**<br>**Plainville, KS 67663** | **10/8/18 - Present** |
| 26a.3. | **Austin Rice**<br>**14932 Rhodes Cir.**<br>**Lenexa, KS 66215** | **8/16/18- 10/5/18** |

Debtor    **EB Manufacturing, LLC**                              Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.4. **John Garvert** **809 S Commercial St.** **Plainville, KS 67663** | **2/7/2000 - 7/25/18** |
| 26a.5. **Sheila Hachmeister** **2515 31 Rd.** **Natoma, KS 67651** | **5/18/1998 - 4/30/18** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Adams, Brown, Beran & Ball Chtd.** **Certified Public Accountants** **P O Box 1186** **718 Main St., Ste 2246** **Hays, KS 67601** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **The Oak Street Planing Mill, LLC** **308 W Mill** **Plainville, KS 67663** | |
| 26c.2. **Nancy Handley** **308 W Mill** **Plainville, KS 67663** | |
| 26c.3. **Tim Norris** **308 W Mill** **Plainville, KS 67663** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Bank of Hays** **1000 W 27th St.** **P O Box 640** **Hays, KS 67601** |
| 26d.2. **Astra Bank** **1205 18th Street** **Belleville, KS 66935** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

Debtor     EB Manufacturing, LLC                                    Case number *(if known)* _____

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Chris Hansen | 12/30/17 | 174,556.29 |
| | Name and address of the person who has possession of inventory records | | |
| | Chris Hansen<br>308 W Mill<br>Plainville, KS 67663 | | |
| 27.2. | Chris Hansen | 12/31/18 | 191,777.65 |
| | Name and address of the person who has possession of inventory records | | |
| | Chris Hansen<br>308 W Mill<br>Plainville, KS 67663 | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Charles Comeau | 400 S. Jefferson St.<br>Plainville, KS 67663 | CEO, Controlling Shareholder | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| AJ Schwartz | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Kermit Birchfield | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Troy Hixon | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Anthony Schmidt | | Board of Directors | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | EB Manufacturing, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Christopher Mraz | | Board of Directors | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Len Larsen | | Board of Directors | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| DFC Holdings, Inc. | EIN: 94-3421852 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April  8, 2019__

__/s/ Charles G. Comeau__                                    __Charles G. Comeau__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __President__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Kansas

In re  **EB Manufacturing, LLC** _____  Case No. _____
                                    Debtor(s)                      Chapter  **11** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☐ **FLAT FEE**

    For legal services, I have agreed to accept _____  $ _____

    Prior to the filing of this statement I have received _____  $ _____

    Balance Due _____  $ _____

    ☑ **RETAINER**

    For legal services, I have agreed to accept and received a retainer of _____  $        **0.00**

    The undersigned shall bill against the retainer at an hourly rate of _____  $      **350.00**
    [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
    fees and expenses exceeding the amount of the retainer.

2.  $ **1,717.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor      ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **See DFC Holdings, Inc. (Parent Company)**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re    **EB Manufacturing, LLC** _____      Case No. _____
                             Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **April 8, 2019** _____ | **/s/ Edward J. Nazar** _____ |
|---|---|
| _Date_ | **Edward J. Nazar** |
| | _Signature of Attorney_ |
| | **Hinkle Law Firm LLC** |
| | **1617 N. Waterfront Parkway, Suite 400** |
| | **Wichita, KS 67206** |
| | **316-267-2000  Fax: 316-264-1518** |
| | **enazar@hinklaw.com** _____ |
| | _Name of law firm_ |

Ainsworth Noah, ADAC
351 Peachtree Hills Ave.
Suite 518
Atlanta GA 30305


AJ Wood Finish
18652 E Petunia St
Azusa CA 91702


Ambiente
Einrichtungskonzepte AG
Marktgasses 6
Rapperwil, CH-8640


Bank of Hays
1000 W 27th St
P O Box 640
Hays KS 67601


Bunny Williams
306 East 61st Street
5th Floor
New York NY 10065


California Franchise Tax Board
P O Box 942857
Sacramento CA 94257


Champalimaud
115 Broadway
2nd Floor
New York NY 10006


Charles  Comeau
400 S. Jefferson St.
Plainville KS 67663


Christopher Mraz
265 Second Street
Belmont MS 38827


Creath L. Pollak
8080 E Central Ave., #300
Wichita KS 67206

David Desmond
1360 N Crescent Heights Blvd
#4C
Los Angeles CA 90046


Definition: Design LLC
9 Miami Court
Brooklyn NY 11225


Dessin Fournir
308 W Mill
Plainville KS 67663


DFC Holdings, Inc.
308 W Mill
Plainville KS 67663


G&A Glass & Antique Mirrors
6815 Somerset Blvd.
Paramount CA 90723


Gonzalo N. Lopez
A-G Custom Upholstery
1308 Maine Ave, Unit F
Baldwin Park CA 91706


Holly Hunt
1099 14th St. NW, #240
Washington DC 20005


J. Nelson
2866 Pershing St.
Hollywood FL 33020


Jacob/Schneider Design, Inc
1012 East 75th Street
Indianapolis IN 46240


Joanne Kim
11771 Coorsgold Ln
Porter Ranch CA 91326

```
Juan's Custom Frames, Inc
1409 Virginia Ave
Units C & D
Baldwin Park CA 91706


Lenice Larsen
859 Eaton Dr.
Pasadena CA 91107


Marina Packing, Inc
741 Lairport Street
El Segundo CA 90245


Mile Fine Furniture Inc
197 Hillcrest Drive
La Puente CA 91744


MJ Atelier
16104 Covello Street
Van Nuys CA 91406


Morris Laing
300 N Mead
Suite 200
Wichita KS 67202


Moya's Gilden Finishing Inc
2267 Yates Ave
Los Angeles CA 90040


Moyes Custom Furniture Inc
3431 E La Palma Ave
Anaheim CA 92806


Prestige International, Inc
2960 Winnetka Ave N
Suite 201
Crystal MN 55427


Raul Yanez
9232 Bermudez Street
Pico Rivera CA 90660
```

Robert Plante
101 SW 5th St.
Plainville KS 67663


Secretary of State
Business Programs Divisions
P O Box 944230
Sacramento CA 94244


Shears & Window, SFDC
101 Henry Adams St.
Ste 256
San Francisco CA 94103


Shirley Comeau
400 S. Jefferson St.
Plainville KS 67663


Susan Mills, SDC
5701 6th Ave.
Suite 200
Seattle WA 98108


The Roy Dunlap Spay & Neuter
Foundation
8581 Santa Monica Blvd
Suite 511
West Hollywood CA 90069


Thomas Hamel & Associates
78 Renwick Street, 1st Floor
Redfern, KS
NSW 2016
Austraila


TLC Packing & Shipping Inc
11733 E Slauson Ave
Santa Fe Springs CA 90670


Vita Debellis
310 N. 11th St.
Philadelphia PA 19107


Wells  Abbott
1025 N. Stemmons Fwy, #749
Dallas TX 75207

# United States Bankruptcy Court
## District of Kansas

In re   **EB Manufacturing, LLC**               Case No. _____

                                    Debtor(s)         Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 8, 2019**                    **/s/ Charles G. Comeau**

                                                     **Charles G. Comeau/President**
                                                         Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re   **EB Manufacturing, LLC**              Case No. _____

Debtor(s)          Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **See Attached** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 8, 2019** _____      Signature   **/s/ Charles G. Comeau** _____

                                                 **Charles G. Comeau**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

# United States Bankruptcy Court
### District of Kansas

In re   **EB Manufacturing, LLC**                Case No.

                                         Debtor(s)        Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **EB Manufacturing, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

 **See Attached**

☐ None [*Check if applicable*]

**April 8, 2019**
Date

**/s/ Edward J. Nazar**
**Edward J. Nazar**
Signature of Attorney or Litigant
Counsel for   **EB Manufacturing, LLC**
**Hinkle Law Firm LLC**
**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
**316-267-2000 Fax:316-264-1518**
**enazar@hinklaw.com**

# DESSIN FOURNIR



**DFC Holdings, Inc. (S-Corp.)**
94-3421852
Parent Company

Includes Fritsch/DFC Distribution
Owned by individual shareholders.

**DFC Holdings LLC dba Rose Cumming Chintzes**
20-3333820

(Single member LLC disregarded entity of DFC Holdings Inc.)

**Therien LLC**
46-2778093

Showroom division of Therien
(Single member LLC disregarded entity of DFC Holdings Inc.)

**The Rien Corp. LLC**
46-2809016

Manufacturing portion of Therien; includes Quatrain product line sales; (Single member LLC disregarded entity of DFC Holdings Inc.)

**EB Manufacturing LLC**
47-2034715

Erika Brunson Furniture manufacturing
(Single member LLC disregarded entity of DFC Holdings Inc.)

**Kenneth Meyer LLC**
47-4657844

Looms & sells upholstery and fabric trims
(Single member LLC disregarded entity of DFC Holdings Inc.)

**Dessin Fournir Inc. (S-Corp.)**
48-1123042

Wholly owned by DFC Holdings Inc. Includes Hand Painted Panels, DF Leathers, Kerry Joyce and Gérard furniture product lines.

**Classic Cloth Inc. (S-Corp.)**
48-1188673

Wholly owned by DFC Holdings Inc.

**Palmer Hargrave Inc. (S-Corp.)**
48-1225304

Wholly owned by DFC Holdings Inc.

**C.S. Post Inc. (S-Corp.)**
52-2116003

Wholly owned by DFC Holdings Inc.

**DFC Corp. (S-Corp.)**
20-1642344

Showroom division (Includes both Chicago and New York) wholly owned by DFC Holdings Inc.

**QR Inc. LLC**
35-2492102

Receives royalties on Quatrain sales from Therien and owns inventory from Quatrain purchase (Owned 10% Therien Manufacturing; 90% FSSW)

**Planing Mill LLC**
48-1241960

A disregarded entity of Dessin Fournir Inc. Only activity is owning & leasing building to AFLAC in Hays.

# United States Bankruptcy Court
## District of Kansas

In re    **EB Manufacturing, LLC**                                 Case No.

                                            Debtor(s)            Chapter     **11**

# BUSINESS INCOME AND EXPENSES - <u>SEE ATTACHED</u>

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u>   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

     1. Gross Income For 12 Months Prior to Filing:                         $               0.00

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

     2. Gross Monthly Income                                                 $               0.00

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---:|
| 3. Net Employee Payroll (Other Than Debtor)     $ | 0.00 |
| 4. Payroll Taxes | 0.00 |
| 5. Unemployment Taxes | 0.00 |
| 6. Worker's Compensation | 0.00 |
| 7. Other Taxes | 0.00 |
| 8. Inventory Purchases (Including raw materials) | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | 0.00 |
| 10. Rent (Other than debtor's principal residence) | 0.00 |
| 11. Utilities | 0.00 |
| 12. Office Expenses and Supplies | 0.00 |
| 13. Repairs and Maintenance | 0.00 |
| 14. Vehicle Expenses | 0.00 |
| 15. Travel and Entertainment | 0.00 |
| 16. Equipment Rental and Leases | 0.00 |
| 17. Legal/Accounting/Other Professional Fees | 0.00 |
| 18. Insurance | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | 0.00 |

     20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

         DESCRIPTION                                   TOTAL

     21. Other (Specify):

         DESCRIPTION                                   TOTAL

     22. Total Monthly Expenses (Add items 3-21)                            $               0.00

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

     23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)          $               0.00

DFC Holdings, Inc
**Consolidated Balance Sheet**
12/31/2018

| | 12/31/2017 Consolidated | 12/31/2018 Consolidated | Related Company Transactions | Dessin Fournir | Classic Cloth | Palmer Hargrave | C.S. Post (Division Closed) | DFC Holdings, Inc. | DFC Corp. | Oak Street Planing Mill (Division Closed) | Therien, LLC | The Rein Corp | EB, Inc. | Kenneth Meyer | DFC (Breakout) | Rose Cummings (Breakout) | Fritsch (Breakout) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | | | | | | | | | | | |
| Cash & Cash Equivalents | $ (182,839) | $ 37,482 | $ - | (41,662) | (6,453) | 296 | $ 721 | $ 120,921 | $ (17,940) | $ 75 | (16,325) | (50) | (1,300) | (800) | 121,496 | (575) | - |
| Accounts Receivable | 272,259 | 331,478 | (307,094) | 190,586 | 211,736 | (5,824) | 268 | 24,744 | 118,260 | - | 46,495 | 51,921 | - | 385 | 5,005 | 19,739 | |
| Bond Fund Accounts | 1,518 | 1,518 | | 741 | | 777 | | | | | | | | | | | |
| Underpayments/Overpayments | (14,866) | (57,484) | | | (57,026) | | | (471) | | | | | | 13 | (471) | | |
| Inventory | 11,133,782 | 10,252,568 | | 3,931,217 | 2,591,197 | 817,505 | 123,189 | 1,732,587 | 4,550 | 85,234 | | 837,020 | 94,712 | 35,357 | | 1,729,408 | 3,179 |
| Inventory - Unicap | 57,582 | 57,582 | | | | 57,582 | | | | | | | | | | | |
| Prepaid Invoices | 468,792 | 593,947 | | 281,433 | 3,976 | 4,621 | 6,092 | 154,320 | 38,021 | - | 53,684 | 47,495 | 3,505 | 800 | 144,626 | 30,454 | |
| Prepaid Expenses | 800 | 800 | | - | | | | | | | 800 | | | | | | |
| Work In Progress | 520,924 | 590,505 | | 436,227 | | 12,182 | | | | | | 77,546 | 64,550 | | | | |
| Construction in Progress | 11,339 | 11,339 | | | | | | | 11,339 | | | | | | | | |
| Note Receivables - Shareholders | 31,028 | 31,028 | | - | - | | | 31,028 | | | | | | | 31,028 | | |
| Note Receivables - Related Companies | - | - | (5,585,098) | | | | | 5,585,098 | | | (797,722) | 797,722 | | | 6,379,917 | (794,819) | |
| Interest Receivable - Related Companies | - | - | (617,682) | | | | | 617,682 | | | | | | | 617,682 | | |
| Other Current Assets | - | (726) | | - | (726) | | | | | - | | - | - | | | | |
| Planing Mill Capital | - | - | (1,137,637) | 1,137,637 | | | | | | | | | | | | | |
| Stock Investment | 218,997 | 218,996 | | | | | | 218,996 | | | | | | | 218,996 | | |
| Security Deposits | 221,291 | 223,359 | | 6,781 | | | | 10,251 | 150,327 | | 55,999 | | | | | 10,251 | |
| **TOTAL CURRENT ASSETS** | $ 12,740,608 | $ 12,292,393 | $ (7,647,511) | $ 5,942,961 | $ 2,742,704 | $ 887,139 | $ 130,269 | $ 8,495,158 | $ 304,557 | $ 85,309 | $ (657,069) | $ 1,811,654 | $ 161,467 | $ 35,754 | $ 7,518,280 | $ 994,458 | $ (17,580) |
| | | | | | | | | | | | | | | | | | |
| **FIXED ASSETS** | | | | | | | | | | | | | | | | | |
| Fixed Assets | $ 2,200,089 | $ 2,182,806 | $ - | $ 1,197,172 | 269,059 | 106,995 | 139,233 | 101,223 | 234,256 | 39,489 | 47,006 | 48,372 | - | $ - | $ - | 101,223 | |
| Accumulated Depreciation | (3,956,975) | (4,194,591) | | (2,090,521) | (531,296) | (159,322) | (190,108) | (125,454) | (727,377) | (195,287) | (93,766) | (81,460) | | | | (125,454) | |
| Showroom Inventories | 177,674 | 187,676 | | 187,676 | | | | | | | | | | | | | |
| Organization Costs | 28,467 | 24,174 | | 85 | | 1,362 | | 22,727 | | | | | | | 22,727 | | |
| Building & Improvements | 3,153,355 | 3,153,355 | | 1,624,923 | 662,444 | 169,134 | | 101,619 | 55,000 | 540,234 | | | | | 101,619 | | |
| Leasehold Improvements | 1,855,135 | 2,014,045 | | 57,678 | 249,977 | | 10,866 | | 824,429 | | 742,901 | 115,000 | | 13,195 | | | |
| Accumulated Amortization | (186,405) | (206,318) | | - | (46,922) | | | (27,029) | | | (118,367) | (10,350) | | (3,650) | | (27,029) | |
| Sales Tax Bond | 50 | 50 | | | | | | | 50 | | | | | | | | |
| Prototypes | 178,065 | 178,065 | | 126,239 | | | 51,826 | | | | | | | | | | |
| **TOTAL FIXED ASSETS** | $ 3,449,455 | $ 3,339,261 | $ - | $ 1,103,251 | $ 603,261 | $ 118,170 | $ 11,818 | $ 73,087 | $ 386,358 | $ 384,437 | $ 577,774 | $ 71,562 | $ - | $ 9,545 | $ 124,346 | $ (51,260) | $ - |
| | | | | | | | | | | | | | | | | | |
| **OTHER ASSETS** | | | | | | | | | | | | | | | | | |
| Goodwill | $ 157,183 | $ 147,148 | $ - | $ - | - | 61,042 | 86,106 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Stock - Related Companies | - | - | (431,529) | | | | | 431,529 | | | | | | | 431,529 | | |
| Investment - Related Companies | - | - | 4,425,575 | | | | | (4,425,575) | | | | | | | (4,425,575) | | |
| Accumulated Depreciation - Org. Costs | (20,005) | (1,445) | | (85) | | (1,360) | | | | | | | | | | | |
| Bond Issue Costs | 26,142 | 26,142 | | 16,265 | | 9,876 | | | | | | | | | | | |
| Loan Origination Costs | 23,934 | 25,967 | | 12,584 | 1,842 | | 473 | 6,538 | | 644 | | - | | 4,293 | 6,538 | | |
| Other  Non-Current Assets | 246,594 | 260,643 | | 11,034 | | 6,953 | | 242,446 | | | - | | | (262) | 263,446 | | |
| Trademark | 36,054 | 21,000 | | | | | | 21,000 | | | | | | | | | |
| Capital Investment - Q.R. Inc. | 70,155 | 71,422 | | (32,109) | | (12,044) | | (127,055) | | | 71,422 | | | | | (127,055) | |
| Accumulated Amortization | (143,509) | (171,208) | | | | | | - | | | - | | | | | | |
| **TOTAL OTHER ASSETS** | $ 396,548 | $ 379,603 | $ 3,994,046 | $ 7,689 | $ 1,842 | $ 64,467 | $ 86,578 | $ (3,851,118) | $ - | $ 644 | $ - | $ 71,422 | $ - | $ 4,031 | $ (3,724,062) | $ (127,055) | $ - |
| | | | | | | | | | | | | | | | | | |
| **TOTAL ASSETS** | $ 16,586,610 | $ 16,011,257 | $ (3,653,465) | $ 7,053,900 | $ 3,347,808 | $ 1,069,776 | $ 228,665 | $ 4,717,127 | $ 690,915 | $ 470,389 | $ (79,295) | $ 1,954,638 | $ 161,467 | $ 49,330 | $ 3,918,564 | $ 816,143 | $ (17,580) |

CONFIDENTIAL: For Discussion Only

Case 19-10545    Doc# 1    Filed 04/08/19    Page 50 of 53

3/19/2019

| | Consolidated | Consolidated | Related Company Transactions | Dessin Fournir | Classic Cloth | Palmer Hargrave | C.S. Post | DFC Holdings, Inc. | DFC Corp. | Oak Street Planing Mill | Therien, LLC | The Rein Corp | EB, Inc. | Kenneth Meyer | DFC | Rose Cummings | Fritsch |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CURRENT LIABILITIES** | | | | | | | | | | | | | | | | | |
| Accounts Payable | 3,316,257 | 4,622,225 | (307,076) | 1,224,492 | 461,231 | 162,640 | 192,057 | 583,489 | 1,003,352 | 15,909 | 773,799 | 358,205 | 136,949 | 17,179 | 533 | 582,957 | - |
| Purchases Clearing | 59,514 | - | | | | | | | | | | | | | | | |
| Accrued Vacation | 199,587 | 185,774 | | 62,585 | 17,353 | 12,998 | 12,824 | | 35,097 | | 19,807 | 25,110 | | | | | |
| Accrued Payroll | 4,356 | 65,239 | | 34,972 | 823 | 1,359 | | | 29,405 | | (1,320) | - | - | | | | |
| Contributions Payable - OFTN.com | - | | | | | | | | | | | | | | | | |
| Outside Manufacturing Payable - OFTN.com | 751 | | | | | | | | | | | | | | | | |
| Current Portion - Long Term Debt | 1,807,988 | 1,807,988 | | 212,262 | 61,593 | 15,000 | | 476,755 | | 42,378 | | 1,000,000 | | | 476,755 | | |
| Customer Deposits | 1,797,892 | 3,196,386 | | 1,980,153 | 138,719 | 176,682 | (794) | 115,237 | 122,623 | 500 | 124,304 | 486,250 | 49,180 | 3,534 | | | |
| Gift Certificates Payable | 2,724 | (19) | | | | | (19) | | | | | - | | | | | |
| Commissions Payable | - | 103 | | - | | 103 | | | | | | - | | | | | |
| Royalty Payable | - | 13,275 | | | | | | | | | | 13,275 | | | | | |
| Sales Tax Payable | 16,805 | 13,771 | | 8,716 | | 1,847 | 42 | 29 | | - | 2,731 | 161 | 264 | | | 29 | |
| Payroll Taxes Withholding Payable | 57,125 | 484,807 | | 225,273 | 46,259 | 28,407 | | | 87,400 | - | 71,391 | 26,077 | | | | | |
| Garnishment Payable - Wages | - | 110 | | - | 110 | | | | | | | - | | | | | |
| Cafeteria Plan Payable | 6,992 | 7,616 | | 1,629 | (1,367) | 479 | - | | 3,532 | | | 3,343 | | | | | |
| AFLAC | 40 | (56) | | (54) | 5 | (116) | 109 | | 0 | | - | | | | | | |
| Employee Payables | 1,455 | - | | | | | | | | | | | | | - | | |
| NY Pd family leave | - | | | | | | | | | | | | | | | | |
| Accrued Incentive | 37,455 | 26,087 | | | | | | | 17,735 | | 8,352 | | | | | | |
| Deferred Income | 250,000 | 250,000 | | | | | | 250,000 | | - | | - | | | 250,000 | | |
| 401-K Payable | - | 2,468 | | 1,386 | 159 | 133 | | | 789 | | - | - | - | | | | |
| Insurance Proceeds | - | | | | | | - | | | | | | | | | | |
| **TOTAL CURRENT LIABILITIES** | 7,558,941 | 10,675,792 | (307,076) | 3,751,413 | 724,884 | 399,532 | 204,219 | 1,425,510 | 1,299,933 | 58,786 | 999,064 | 1,912,421 | 186,393 | 20,713 | 727,288 | 683,596 | 14,626 |
| **LONG-TERM LIABILITIES** | | | | | | | | | | | | | | | | | |
| Note Payable - DFC Holdings | - | - | (5,587,991) | 11,158,443 | (2,551,489) | (3,379,147) | 531,912 | (3,118,856) | 1,415,572 | - | 2,122,827 | (794,819) | (96,676) | 300,224 | | (3,118,856) | - |
| Note Payable - Bank of Hays / USDA | 6,426,369 | 6,426,369 | | | | | | 6,426,369 | | | | | | | 6,426,369 | | |
| Note Payable - Bank of Hays Add'l | 915,013 | 888,481 | | | | | | 888,481 | | | | | | | 888,481 | | |
| Note Payable - Liberty Enterprises | (41) | | | | | | | | | | | | | | | | |
| Note Payable - FSSW, LLC | 1,000,000 | 1,000,000 | | | | | | | | | | 1,000,000 | | | | | |
| Note Payable - Therien | - | | | | | | | | | - | | | | | | | |
| Note Payable - Office Expansion/Textile Warehous | 666,540 | 624,077 | | 389,738.32 | 234,338.32 | | | | | | | | | | | | |
| Note Payable - Shareholder | 121,462 | 222,178 | | 146,930 | | | 83 | 75,165 | | | | | | | 75,165 | - | |
| Note Payable - Sunflower Bank | - | 0 | | | | | | 0.13 | | | | | | | 0 | | |
| Note Payable - AFLAC Improvements | 68,085 | 48,299 | | | | | | | | 48,299 | | | | | | | |
| Note Payable - Sunflower Bank - Planing M. | 185,036 | 174,791 | | | | | | | | 174,791 | | | | | | | |
| Note Payable - City of Plainville | - | (1,000) | | (1,000) | | | | | | | | | | | | | |
| Note Payable - Capital Multiplier Fund | 384,674 | 392,962 | | | | | | 392,962 | | | | | | | 392,962 | | |
| Note Payable - Therien Antiques | - | | | | | | | | | | - | | | | | | |
| Note Payable - Liberty Group | 13,777 | 12,365 | | (41) | | | | 12,406 | | | | | | | 12,406 | | |
| Note Payable - DFC Holdings | - | | | | | | | | | | - | | | | | | |
| Note Payable - Chestnut Street Food Group | - | 17,399 | | | | | | 17,399 | | | | | | | 17,399 | | |
| Bond Fund Payable - Astra | 573,000 | 546,031 | | 486,911 | | 59,120 | | | | | | | | | | | |
| Accrued Interest Payable | 65,438 | 407,837 | (617,682) | 408,324 | | 6,621 | 71,823 | 326,765 | 87,719 | | 82,860 | 25,069 | 550 | 15,789 | 326,765 | | |
| Current Portion of Long-Term Debt | (1,807,988) | (1,807,988) | | (212,262) | (61,593) | (15,000) | | (476,755) | | (42,378) | | (1,000,000) | | | (476,755) | | |
| Note Payable - Company Vehicles | 4,336 | - | | | | | | | | | | | | | | | |
| **TOTAL LONG-TERM LIABILITIES** | 8,615,703 | 8,951,802 | (6,205,674) | 12,377,043 | (2,378,743) | (3,328,407) | 603,818 | 4,543,937 | 1,503,291 | 180,713 | 2,205,688 | (769,750) | (96,126) | 316,013 | 7,662,792 | (3,118,856) | - |
| **TOTAL LIABILITIES** | 16,174,643 | 19,627,594 | (6,512,750) | 16,128,456 | (1,653,859) | (2,928,875) | 808,037 | 5,969,447 | 2,803,224 | 239,499 | 3,204,752 | 1,142,670 | 90,267 | 336,726 | 8,390,080 | (2,435,260) | 14,626 |
| **EQUITY** | | | | | | | | | | | | | | | | | |
| Common Stock | 2,039,950 | 2,039,950 | (39,950) | 10,000 | 10,000 | 9,950 | | 10,000 | 2,039,950 | | - | - | - | - | 2,039,950 | - | - |
| Paid in Capital | 2,639,079 | 2,639,079 | (2,438,596) | | 1,411 | | | 1,094,528 | 2,637,668 | 1,344,068 | | | | | 2,637,668 | | |
| Treasury Stock | (8,351) | (8,351) | | (7,474) | (877) | | | | | | (3,284,047) | 811,968 | 71,200 | (287,396) | | | |
| Retained Earnings | (4,258,711) | (8,287,080) | 5,337,831 | (9,077,081) | 4,991,068 | 3,988,701 | (579,372) | (5,929,348) | (2,112,309) | (1,113,177) | | | | | (5,929,348) | | |
| **TOTAL EQUITY** | 411,967 | (3,616,402) | 2,859,285 | (9,074,555) | 5,001,602 | 3,998,651 | (579,372) | (1,252,320) | (2,112,309) | 230,890 | (3,284,047) | 811,968 | 71,200 | (287,396) | (1,252,320) | - | - |
| **TOTAL EQUITY & LIABILITIES** | 16,586,610 | 16,011,192 | (3,653,465) | 7,053,900 | 3,347,743 | 1,069,776 | 228,665 | 4,717,127 | 690,915 | 470,389 | (79,295) | 1,954,638 | 161,467 | 49,330 | 7,137,761 | (2,435,260) | 14,626 |

DFC Holdings, Inc.
**YTD Consolidated Income Statement**
12/31/2018

| | 12/31/2017 YTD Consolidated | 12/31/2018 YTD Consolidated | Related Company Transactions | To-The-Trade | Administrative | Liberty Group | Dessin Fournir | Classic Cloth | Palmer Hargrave | C.S. Post (Division Closed) | DFC Holdings, Inc. | Rose Cumming Fabric | Chicago Showroom | New York Showroom | Oak Street Planing Mill (Division Closed) | Los Angeles Showroom | San Francisco Showroom | The Rien Corp | EB Inc. | Kenneth Meyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | | | | | | | | | | | | | | | |
| Sales Revenue  Based on Shipped Sales only (invoiced) | 12,263,421 | 7,898,267 | | | | | 3,302,050 | 1,350,723 | 611,185 | 121,234 | | 1,127,269 | 219,292 | - | | 26,370 | | 967,113 | 111,932 | 61,090 |
| Sales - Misc. Revenue | 109,007 | 134,351 | | | | | 2,366 | 111,941 | 16,322 | | (5,278) | 2,354 | | | | | | | | |
| Commissions Revenue - OFTN | 4,230 | 155 | | | | | 155 | | | | | | | | | | | | | |
| Commission Revenue | 1,149,203 | 989,671 | (833,916) | | | | 4,238 | | | | | | 642,529 | 559,920 | | 616,900 | | | | |
| Special Discounts | (59,782) | (111,649) | | | | | (77,171) | (7,044) | (5,929) | | | (6,111) | | | | | | (4,790) | (10,243) | (360) |
| Freight Income | 778,479 | 415,719 | | | | | 227,686 | 63,318 | 17,744 | 3,312 | | 52,755 | | | | 1,650 | | | | |
| Returns & Allowances | (17,499) | (33,137) | | | | | (3,390) | | (411) | | | | | | | | | (23,156) | (6,180) | |
| **TOTAL REVENUE** | 14,227,059 | 9,293,367 | (833,916) | - | - | - | 3,459,324 | 1,518,938 | 635,932 | 124,134 | (5,278) | 1,176,267 | 861,821 | 559,920 | - | 644,920 | - | 979,754 | 101,806 | 69,746 |
| **COST OF SALES** | | | | | | | | | | | | | | | | | | | | |
| Cost of Sales | 4,769,376 | 3,160,611 | | | | | 1,370,811 | 484,745 | 202,030 | 90,231 | | 349,874 | 215,607 | - | | 26,370 | | 364,424 | 49,920 | 6,398 |
| Cost of Sales - Freight | 91,039 | 84,346 | | | | | | 42,375 | | 403 | | 34,280 | 4,135 | | | | | 3,153 | | |
| Commission Expense | 1,781,610 | 994,824 | (833,916) | | | | 833,514 | 324,817 | 117,570 | | | 262,552 | | 25,740 | | | | 230,867 | 19,200 | 13,260 |
| Short/Long Pieces | 4,815 | 7,880 | | | | | | 3,265 | | | | 4,404 | | | | | | | | 221 |
| Shop Materials | 4,403 | 1,759 | | | | | | | | | | | | | | | | | | 36 |
| Applied Overhead | | | | | | | | | | | | | | | | | | | | |
| Royalty Expense | 93,186 | 64,309 | | | | | 28,903 | | 9,135 | | | | | | | | | 30,107 | (3,836) | |
| Manufacturing & P.O. Variance | 1 | 249 | | | | | | | 249 | | | | | | | | | | | |
| Inventory Adjustments | 21,945 | 22,652 | | | | | 11,706 | | 8,817 | 702 | | 264 | | | | | | 1,164 | | |
| **TOTAL COST OF SALES** | 6,766,373 | 4,336,640 | (833,916) | - | - | - | 2,244,934 | 855,402 | 339,525 | 91,336 | | 651,374 | 219,741 | 25,740 | | 26,370 | | 626,562 | 65,284 | 23,068 |
| | 47.6% | 46.7% | | | | | 65% | 56% | 74% | | | -23% … 55% | | | | 64% | | 64% | 64% | 33% |
| **GROSS PROFIT** | 7,460,686 | 4,956,727 | - | - | - | - | 1,214,390 | 663,536 | 296,407 | 32,798 | (6,499) | 524,893 | 642,080 | 534,180 | - | 618,550 | - | 353,192 | 36,522 | 46,678 |
| **OPERATING EXPENSE** | | | | | | | | | | | | | | | | | | | | |
| Advertising & Promotions | 18,797 | 61,436 | | | | | 50,518 | 462 | 309 | 1,611 | | 694 | | - | | - | | 7,766 | 60 | 16 |
| Amortization Expense | 31,626 | 31,754 | | | | | 1,670 | 1,319 | | | 27,250 | | | | | | | | | |
| Bank Charges | 5,445 | 5,709 | | | | | 803 | 510 | 185 | 72 | 2,570 | 160 | 359 | | 148 | 657 | | 135 | 10 | 100 |
| Cash Short / (Long) | 179 | 1,350 | | | | | | | | 1,350 | | | | | | | | | | |
| Client Calls / Resolutions | 17,477 | 4,566 | | | | | | | | | | 1,100 | 1,641 | 1,583 | | 242 | | | | |
| Contributions | 1,469 | 1,234 | | | | | 425 | | | 321 | | | | | | | | 488 | | |
| Contract Labor | 65,950 | 114,999 | | | | | 19,369 | | | 214 | | (65) | 3,125 | 53,125 | | 39,230 | | | | |
| Credit Card Processing Charges | 178,090 | 122,783 | | | | | 58,228 | 22,085 | 11,525 | 3,641 | | 15,218 | | | | | | 10,877 | 1,210 | |
| Depreciation Expense | 237,105 | 242,280 | | | | | 61,915 | 26,109 | 4,866 | 328 | 2,751 | 447 | 7,620 | 60,706 | 16,177 | 43,671 | | 16,580 | | 1,110 |
| Display | 57,690 | 24,550 | | | | | 11,285 | 15 | | 140 | | 23 | 3,463 | 65 | | 9,559 | | | | |
| Dues & Subscriptions | 3,413 | 3,163 | | | | | 2,562 | | | 324 | | | 1 | | | 62 | | | | 215 |
| Education License Expense | 11,341 | - | | | | | | | | 23 | | | | | | | | | | |
| Employee Benefits | 417,910 | 382,193 | | | | | 215,945 | 27,048 | 25,942 | 10,713 | | 46 | 17,966 | 27,855 | | 32,640 | | 18,789 | | 5,249 |
| Employee Benefits (Re- Allocated) | | | | 22,250 | 79,348 | 19,237 | (115,898) | | | | | | | (4,938) | | | | | | |
| Finish Sample Expenses | 1,783 | 1,495 | | | | | 1,025 | | 470 | | | | | | | | | 1,879 | | |
| Fuel & Auto Expense | 26,856 | 13,193 | | | | | 5,997 | | | 569 | | | | | | 2,844 | | | | |
| Freight Out - Jobs | 488,385 | 320,173 | | | | | 239,734 | | 29,328 | 659 | | - | | | | 1,549 | | 37,021 | 11,883 | - |
| Freight In and Out - Models | 80,065 | 97,465 | | | | | 71,123 | | 8,669 | | | | | | | | | 15,892 | 1,781 | |
| Freight - Other | 38,595 | 17,514 | | | | | 4,223 | 31 | 7,600 | 822 | | | | | | | | 3,911 | 727 | 200 |
| Insurance - General | 115,417 | 104,101 | | | | | | | | 9,534 | 88,814 | | - | 389 | | - | 5,097 | 267 | | - |
| Insurance - Workmans Comp | 118,018 | 88,808 | | | | | | | | 230 | 88,572 | | | | | 6 | | | | |
| Insurance - Officers Life | 57,193 | 53,465 | | | | | 50,802 | | | | 2,663 | | | | | | | | | |
| Legal & Professional | 186,385 | 163,800 | | | | | 2,476 | 368 | 368 | | 148,025 | | - | 269 | | - | | 16,496 | (4,200) | - |
| Lease/Rent Expense | 1,812,312 | 1,950,924 | (43,536) | | | | 201,220 | 43,536 | | 46,597 | | - | 416,944 | 408,289 | | 599,157 | 143,906 | 134,811 | | |
| Maintenance & Repairs | 65,592 | 41,290 | | | | | 12,866 | 2,072 | 398 | | | 591 | 168 | 3,775 | | 14,181 | 2,845 | 4,392 | | - |
| Meals & Entertainment | 35,644 | 16,591 | | | | | 13,738 | 52 | 23 | | | 873 | 558 | 200 | | 966 | | 180 | | - |
| Miscellaneous Expense | 161 | 10,351 | | | | | (0) | | | - | | 45 | | | | 184 | | 1,522 | 8,600 | - |
| New Model Development | 3,443 | 1,629 | | | | | 487 | 727 | | - | | 415 | | | | | | | | |
| Obsolete/Breakage & Spoilage | 60,697 | 1,595 | | | | | | | | 1,595 | | | | | | | | | | |
| Office Cleaning | 10,350 | 6,545 | | | | | 3,930 | | | - | | | | | | | | 2,615 | | |
| Office Expense | 89,729 | 78,423 | | | | | 29,093 | 10,449 | 2,109 | 124 | 10,662 | 9,259 | 5,818 | 3,056 | | | | 3,212 | 2,015 | 2,600 |
| Payroll Taxes | 334,399 | 318,167 | | | | | 155,233 | 27,187 | 17,270 | 3,871 | | | 18,584 | 37,035 | | 36,246 | | 18,891 | 25 | 3,850 |
| Payroll Taxes (Re-allocated) | | | | 10,915 | 42,834 | 8,650 | (61,657) | | | | | | | (742) | | | | | | |
| Postage & Freight | 43,154 | 45,443 | | | | | 10,058 | 2,443 | 628 | 199 | 39 | 640 | 10,274 | 9,389 | | 6,810 | | 3,921 | 265 | 776 |
| Problem Resolutions | 148 | 269 | | | | | | | | | | | | | | 269 | | | | |
| Promotions | 22,388 | 10,273 | | | | | 360 | | | - | | | 684 | 170 | | 9,059 | | | | |
| Prototype Expense | (25,901) | (25,926) | | | | | (29,022) | | 2,590 | | | - | | | | | | | | |
| Repairs on Goods Sold | 45,993 | 15,636 | | | | | 15,966 | | 750 | - | | | | | | | | 325 | 180 | |
| Repairs on Inventory | 89,765 | 62,618 | | | | | 37,628 | | | - | | | | | | | | (3,538) | 2,459 | |
| Royalty Expense | 12,000 | 9,000 | | | | | | | | | | 9,000 | | | | | | 24,990 | | |
| Sales Incentives | 2,583 | 168 | | | | | | | | | | 168 | | | | | | | | |
| Sales & Marketing | 36,271 | 23,925 | | | | | 3,788 | 665 | | | | | | | | 19,278 | | | | 195 |
| Samples Wings / Related Freight | 81,791 | 82,824 | | | | | 3,288 | 39,361 | | | | 40,091 | | | | | | | | 85 |
| Supplies - Office | 25,225 | 12,974 | | | | | 6,500 | 1,254 | 956 | 258 | | 1,325 | 1,088 | 428 | | | | 1,167 | - | |
| Supplies - Other | 54,789 | 31,446 | | | | | 6,781 | 5,184 | 7,827 | 926 | | 5,899 | | - | | | | 3,227 | - | 929 |
| Supplies - Upholstery | (3,219) | - | | | | | | | | | | | | | | | | 673 | | |
| Supplies - Finish Shop | 136 | 477 | | | | | 477 | | | | | | | | | | | | | |

| | 12/31/2017 YTD Consolidated | 12/31/2018 YTD Consolidated | Related Company Transactions | To-The-Trade | Administrative | Liberty Group | Dessin Fournir | Classic Cloth | Palmer Hargrave | C.S. Post (Division Closed) | DFC Holdings, Inc. | Rose Cumming Fabric | Chicago Showroom (DFC CORP) | New York Showroom (DFC CORP) | Oak Street Planing Mill (Division Closed) | Los Angeles Showroom (THERIEN, LLC) | San Francisco Showroom (THERIEN, LLC) | The Rien Corp | EB Inc. | Kenneth Meyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Taxes & Licenses | 161,276 | 238,578 | | | | | 44,906 | 10,071 | 12,190 | 10,015 | 7,970 | 19,433 | 13,852 | 24,130 | 10,287 | 67,536 | 13,095 | 4,893 | 149 | 50 |
| Telephone | 82,205 | 72,844 | | | | | 27,870 | 4,225 | 1,980 | 1,444 | | 1,315 | 7,797 | 7,108 | | 5,063 | | 16,043 | | |
| Tools & Hardware | 925 | 687 | | | | | 24 | | 663 | (125) | | 351 | 2,347 | 68 | | 6,466 | | 62 | | |
| Travel | 100,899 | 48,027 | | | | | 38,201 | 21,225 | 11,045 | 3,297 | 656 | 4,032 | 8,054 | 22,855 | | 25,698 | 7,468 | 7,925 | | |
| Utilities | 175,284 | 153,729 | | | | | 42,130 | | | | | | | | | | | | | |
| Upholstery Materials | 12,835 | 9,456 | | | | | 9,456 | | | | | | | | | | | | | |
| | 315 | | | | | | | | | | | | | | | | | | | |
| Wages & Salaries | 4,107,831 | 3,990,922 | | | | | 1,938,025 | 324,547 | 216,441 | 49,715 | | | 259,749 | 507,627 | | 410,053 | | 237,264 | | 47,500 |
| Wages & Salaries (Re-allocated) | | | | 312,658 | 557,958 | 108,125 | (793,241) | | | | | | | | | | | | | |
| Showroom Staff - Sales Commissions | 191,997 | 20 | | | | | | | | | | (19,162) | | | | 20 | | (58,242) | (10,567) | |
| Applied Overhead | (1,129,488) | (501,523) | | | | | (291,631) | (51,831) | (70,090) | | | | | (185,500) | | | | | | |
| Applied Labor | (133,257) | (63,259) | | | | | (28,652) | | (34,607) | | | | | | | | | | | |
| **TOTAL OPERATING EXPENSES** | **8,541,673** | **8,486,339** | **(43,536)** | **345,823** | **680,140** | **136,012** | **2,044,215** | **519,234** | **266,034** | **148,441** | **379,973** | **93,413** | **784,778** | **976,942** | **26,611** | **1,367,450** | **172,412** | **509,527** | **16,195** | **62,674** |
| | | | | | | | | | | | | | | | | | | | | |
| **NET INCOME FROM OPERATIONS** | **(1,080,987)** | **(3,529,613)** | **43,536** | **(345,823)** | **(680,140)** | **(136,012)** | **(829,825)** | **144,302** | **30,373** | **(115,643)** | **(386,472)** | **431,480** | **(142,699)** | **(442,761)** | **(26,611)** | **(748,901)** | **(172,412)** | **(156,335)** | **20,327** | **(15,997)** |
| | | | | | | | | | | | | | | | | | | | | |
| OTHER INCOME & EXPENSE | | | | | | | | | | | | | | | | | | | | |
| Interest Income | 1,181 | - | (412,820) | - | - | - | - | - | - | - | 412,820 | - | - | - | - | - | - | - | - | - |
| Gain / Loss Sale of Assets | 119,845 | 30,354 | | | | | 29,954 | | | | 400 | | | | | | | | | |
| Scrap Account | - | - | | | | | | | | | | | | | | | | | | |
| Other Income | 47,522 | 115,595 | | | | | 42,000 | 64,000 | 927 | 113 | | 147 | - | | | 15 | - | - | - | - |
| Other Income - Billed Graphics Time | 10,907 | - | | | | | | | | | | | | | | | | | | |
| Lease Income | 126,534 | 107,298 | (43,536) | | | | 43,636 | (39,630) | (5,119) | 12,000 | (463,078) | (529) | (3,122) | (24,066) | 8,393 | 25,530 | (4,684) | 69,768 | | (7,907) |
| Interest Expense | (742,123) | (727,683) | 412,820 | | | | (402,647) | | | (37,510) | | | | | (12,486) | (73,179) | | (66,545) | - | |
| **TOTAL OTHER INCOME & EXPENSE** | **(436,136)** | **(474,437)** | **(43,536)** | **-** | **-** | **-** | **(287,157)** | **24,370** | **(4,192)** | **(24,997)** | **(50,112)** | **(529)** | **(3,122)** | **(24,066)** | **(4,092)** | **(47,634)** | **(4,684)** | **3,223** | **-** | **(7,907)** |
| | | | | | | | | | | | | | | | | | | | | |
| **NET INCOME** | **(1,517,123)** | **(4,004,049)** | **-** | **(345,823)** | **(680,140)** | **(136,012)** | **(1,116,982)** | **168,671** | **26,182** | **(140,640)** | **(436,584)** | **430,951** | **(145,821)** | **(466,828)** | **(30,704)** | **(796,535)** | **(177,097)** | **(153,112)** | **20,327** | **(23,904)** |